UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   CR07-119 RSL |
| ) | |
| v. ) | |
| ) | |
| NYABATURI J. WAMBURA, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offenses charged:

　　　Bank Fraud, in violation of Title 18, U.S.C., Section 1344;

　　　Social Security Fraud, in violation of Title 42, U.S.C., Section 408(a)(7)(B);

　　　Aggravated Identity Theft, in violation of Title 18, U.S.C., Section 1028A.

Date of Detention Hearing:  April 20, 2007

　　　The Court, having conducted an arraignment and an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Vince Lombardi.  The defendant was represented by Peter Avenia.

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1-

(1) The defendant was arrested in Arizona and transferred to the Western District of Washington to answer the current charges.  It was discovered at the time of arrest that Defendant was in possession of false identification and a Tanzanian passport.  She is not a United States citizen and has no known ties to the Western District of Washington.  A BICE detainer has been filed against her.

(2)  Defendant has no stable residence and is unemployed.

(3) Due to the nature of the alleged offenses, Defendant is viewed as a risk of danger to the community.

(4) Detention was not contested.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of April, 2007.

                                                      */s/ M.J. Benton*
                                          MONICA J. BENTON
                                          United States Magistrate Judge